Dismissed and Memorandum Opinion filed December 15, 2005









Dismissed and Memorandum Opinion filed December 15,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01105-CV

____________

 

TEXAS
DEPARTMENT OF CRIMINAL JUSTICE, 

INSTITUTIONAL DIVISION, Appellant

 

V.

 

STANLEY WAYNE
GARNER, Appellee

 



 

On Appeal from the
23rd District Court

Brazoria County,
Texas

Trial Court Cause
No.9610637

 



 

M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from an order signed September
15, 2005.  On December 7, 2005, appellant
filed an unopposed motion to dismiss the appeal because unresolved fact questions remain in dispute. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed December 15, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.